THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY R. PAPA, Appellant.

Argued April 13, 1948; decided May 20, 1948.

*Edward E. Edstrom* for appellant.

*James N. Gehrig, District Attorney* (*Philip Huntington* and *Henry Root Stern, Jr.,* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.